UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

KIM TALERICO and TODD TALERICO,

    Plaintiffs,

v

GMAC MORTGAGE, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Defendants.

Case No. 10-cv-12336

Hon. Patrick J. Duggan

Macomb County Circuit Court
Case No. 10-1828-CH

Hon. Donald G. Miller

---

Jerome D. Goldberg (P61678)
Jerome D. Goldberg, PLLC
Attorney for Plaintiffs
2920 East Jefferson, Suite 101
Detroit, MI 48207
313-393-6001
apclawyer@sbcglobal.net

Deanna Swisher (P38341)
Foster, Swift, Collins & Smith, P.C.
Attorneys for Defendants
313 S. Washington Square
Lansing, MI 48933
517-371-8136
dswisher@fosterswift.com

## ORDER OF DISMISSAL

At a session of said U.S. District Court for the Eastern District of Michigan, held in Detroit, Michigan on January 7, 2011.

PRESENT: Hon. Patrick J. Duggan, U.S. District Court Judge

Upon review of this Order, submitted for entry by counsel for Plaintiffs and by counsel for Defendants, who hereby inform the Court that the parties agree and that this matter should be dismissed without prejudice and without costs, and the Court being fully advised in the premises, now therefore;

IT IS ORDERED that this action is hereby DISMISSED without prejudice and without costs.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS

Dated: January 7, 2011January 7, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 7, 2011January 7, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Agreed to and approved for entry by:

Attorney for Plaintiffs

/s/ Jerome D. Goldberg

Jerome D. Goldberg (P61678)
Jerome D. Goldberg, PLLC
2920 East Jefferson, Suite 101
Detroit, MI 48207
313-393-6001
apclawyer@sbcglobal.net

Attorney for Defendants

/s/ Deanna Swisher

Deanna Swisher (P38341)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933
517-371-8136
dswisher@fosterswift.com

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS